BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firmsite: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT SWANSON and TAWNY PEREZ, individuals, on behalf of themselves, and on behalf of all persons similarly situated, <br><br>  Plaintiffs, <br><br> vs. <br><br> BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 50, inclusive, <br><br>  Defendant. | CASE NO. **SACV 12-1377 AG (ANx)** <br><br> **DECLARATION OF APARAJIT BHOWMIK RE: RULE 26(f) CONFERENCE** <br><br> Complaint Filed: July 20, 2012 |

1  I, APARAJIT BHOWMIK, declare as follows:

2  1. I am a partner of the law firm of Blumenthal, Nordrehaug & Bhowmik counsel of record for the Plaintiff in this matter. As such, I am fully familiar with the facts, pleadings and history of this matter. The following facts are within my own personal knowledge, and if called as a witness, I could testify competently to the matters stated herein.

2. The parties completed the required meeting of counsel via teleconference on October 3, 2012 and submitted a Rule 26(f) Report all matters required by Rule 26(f) and Local Rule 26-1.

3. The Court Scheduled a Case Management Conference for the parties to attend on October 29, 2012. Counsel for Plaintiff was unable to attend because of a calendaring error. Counsel for Plaintiff apologizes to the Court and the parties for the confusion to the Court's schedule and any inconvenience to the Court.

4. Counsel for Plaintiff respectfully requests that the Court excuse Plaintiff for the error of counsel. Plaintiff looks forward to prosecuting his claims without further delay.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 29th day of October, 2012, at La Jolla, California.

   */s/ Aparajit Bhowmik*
   Aparajit Bhowmik