BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firmsite: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT SWANSON and TAWNY PEREZ, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. **SACV 12-1377 AG (ANx)**<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: July 20, 2012 |

CERTIFICATE OF SERVICE

I, am, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037. I hereby certify that on October 29, 2012, I served the following document(s) in the manner described below:

(1)   DECLARATION RE: RULE 26F CONFERENCE

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 29, 2012 at San Diego, California.

*/s/ Aparajit Bhowmik*
Aparajit Bhowmik