# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 12-1377-AG(ANx) | Date October 29, 2012 |
| Title KURT SWANSON, ET AL v BEST BUY STORES, LP, ET AL | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Denise Paddock |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Barbara Miller |

**Proceedings:**   SCHEDULING CONFERENCE

Cause is called for hearing and counsel for the defendant, only, makes her appearance. Court and counsel confer.

The Court sets the following dates:

Discovery Cutoff is October 28, 2013.

A Final Pretrial Conference is set for January 13, 2014, at 8:30 a.m.

A Jury Trial is set for January 28, 2014 at 9:00 a.m. Court sets the length of the trial at 7 days.

Scheduling Order Specifying Procedures is signed and filed this date.

:   10

Initials of Preparer   lmb