BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firmsite: www.bamlawca.com

Attorneys for Plaintiffs
Kurt Swanson and Tawny Perez

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
barbara.miller@morganlewis.com
Jennifer L. Bradford (SBN 203871)
jbradford@morganlewis.com
Maria O. Gutierrez (SBN 209995)
maria.gutierrez@morganlewis.com
5 Park Plaza
Suite 1750
Irvine, CA  92614
Tel:   949.399.7000
Fax:   949.399.7001

Attorneys for Defendant
Best Buy Stores, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT SWANSON and TAWNY PEREZ, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. SACV12-1377 AG (ANx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41**<br><br>Complaint Filed: July 20, 2012 |

Plaintiffs KURT SWANSON and TAWNY PEREZ ("Plaintiffs") and Defendant BEST BUY STORES, L.P. ("Defendant") (collectively referred to herein as the "Parties"), by and through their counsel of record stipulate and agree that:

1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

    a. All individual and PAGA claims brought by Plaintiffs on their own behalf against Defendant are dismissed *with* prejudice, each side to bear their own costs and attorneys' fees;

    b. All claims brought herein on behalf of others, including claims brought against Defendant in a representative capacity on behalf of others pursuant to PAGA, are dismissed without prejudice, each side to bear their own costs and attorneys' fees.

IT IS HEREBY STIPULATED.

Dated: February 24, 2014    BLUMENTHAL, NORDREHAUG & BHOWMIK

By  */s/ Aparajit Bhowmik*
Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
Piya Mukherjee
Attorneys for Plaintiffs
Kurt Swanson and Tawney Perez

| | | |
|---|---|---|
| 1 | Dated: February 24, 2014 | MORGAN, LEWIS & BOCKIUS LLP |

By */s/ Barbara J. Miller*
    Barbara J. Miller
    Christopher M. Robertson
    Maria O. Gutierrez
    Attorneys for Defendant
    Best Buy Stores, L.P.