BLUMENTHAL, NORDREHAUG & BHOWMIK
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Firmsite: www.bamlawca.com

Attorneys for Plaintiffs
Kurt Swanson and Tawny Perez

MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
barbara.miller@morganlewis.com
Jennifer L. Bradford (SBN 203871)
jbradford@morganlewis.com
Maria O. Gutierrez (SBN 209995)
maria.gutierrez@morganlewis.com
5 Park Plaza
Suite 1750
Irvine, CA  92614
Tel:   949.399.7000
Fax:   949.399.7001

Attorneys for Defendant
Best Buy Stores, L.P.

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT SWANSON and TAWNY PEREZ, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BEST BUY STORES, L.P., a Virginia Limited Partnership; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendant. | Case No. SACV12-1377 AG (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41**<br><br>Complaint Filed: July 20, 2012 |

After consideration of the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41, the Court hereby ORDERS as follows:

1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:
    a. All individual and PAGA claims brought by Plaintiffs on their own behalf against Defendant are dismissed *with* prejudice, each side to bear their own costs and attorneys' fees;
    b. All claims brought herein on behalf of others, including claims brought against Defendant in a representative capacity on behalf of others pursuant to PAGA, are dismissed without prejudice, each side to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 25, 2014

UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD